IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE ENRIQUE TZOC PIRIR, | § § | |
| Petitioner, | § § | |
| v. | § § | 1:26-CV-423-RP |
| MIGUEL VERGARA, *in his official capacity as Field Director of Enforcement and Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement*, et al., | § § § § § | |
| Respondents. | § § | |

## ORDER

Before the Court is Petitioner Jose Enrique Tzoc Pirir's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Federal Respondents'[1] Response, (Dkt. 5). Both sides seem to suggest that Petitioner entered the United States without inspection and was later apprehended, leading to his current detention, but neither side identifies when Petitioner entered the country or provides any information about his residence in the United States prior to his detention. (Pet., Dkt. 1, at 5; Resp., Dkt. 5, at 3–4). In the interest of fully and accurately assessing the claims in this case, the Court will order Petitioner to file a reply to Respondent's Response.

**IT IS ORDERED** that Petitioner file a reply to Respondents' Response, (Dkt. 5), **on or before March 12, 2026**. Such reply must specifically identify the date—at least approximately—on which Petitioner entered the United States and whether that entry was without inspection. If Petitioner instead was detained at or near the border and released, Petitioner shall identify—if known—the form of release that Petitioner was granted and the relevant dates of any apprehension,

---

[1] The response was filed on behalf of the federal employee respondents: Miguel Vergara, Field Office Director for Detention and Removal, United States Immigration and Customs Enforcement ("ICE"); Kristi Noem, Secretary of the United States Department of Homeland Security; Pamela Bondi, United States Attorney General. (Resp., Dkt. 5, at 1 n.1).

detention, and release. If Petitioner has other relevant history of entry, release, or detention, Petitioner should explain such history.

**SIGNED** on March 9, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE