IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSE ENRIQUE TZOC PIRIR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:26-CV-423-RP |
| | § | |
| MIGUEL VERGARA, *in his official capacity as* | § | |
| *Field Director of Enforcement and Removal Operations,* | § | |
| *San Antonio Field Office, Immigration and Customs* | § | |
| *Enforcement*, et al., | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Before the Court is Petitioner Jose Enrique Tzoc Pirir's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), Federal Respondents'[1] Response, (Dkt. 5), and Petitioner's Reply, (Dkt. 8). On March 9, 2026, the Court ordered Petitioner to file a reply, in which the Court directed that Petitioner should "specifically identify the date—at least approximately—on which Petitioner entered the United States and whether that entry was without inspection." (Dkt. 7). The Court's Order further directed that "[i]f Petitioner instead was detained at or near the border and released, Petitioner shall identify—if known—the form of release that Petitioner was granted and the relevant dates of any apprehension, detention, and release. If Petitioner has other relevant history of entry, release, or detention, Petitioner should explain such history." (*Id.* at 1–2).

Petitioner's Reply did not include such information. (Dkt. 8). As a result, the Court still requires more information before it can accurately rule on Petitioner's Petition.

---

[1] The Response was filed on behalf of the federal employee Respondents: Miguel Vergara, Field Office Director for Detention and Removal, United States Immigration and Customs Enforcement ("ICE"); Kristi Noem, Secretary of the United States Department of Homeland Security; and Pamela Bondi, United States Attorney General. (Resp., Dkt. 5, at 1 n.1).

**IT IS THEREFORE ORDERED** that, on or before **April 13, 2026**, both parties shall file supplemental briefing with answers to the following questions, to the extent that either party has such information:

(1) When did Petitioner last enter the United States?
(2) When Petitioner last entered the United States, did he enter without inspection or was he detained?
(3) If Petitioner was detained, was he released into the country on his own recognizance, or was he granted a form of parole?

**SIGNED** on April 6, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE