IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOSE ENRIQUE TZOC PIRIR,                    §
                                            §
            Petitioner,                     §
                                            §
v.                                          §            1:26-CV-423-RP
                                            §
MIGUEL VERGARA, *in his official capacity as*  §
*Field Director of Enforcement and Removal Operations,*  §
*San Antonio Field Office, Immigration and Customs*  §
*Enforcement*, et al.,                      §
                                            §
            Respondents.                    §

## **ORDER**

In response to the Court's Order for Supplemental Briefing, (Dkt. 9), Respondents indicated

that Petitioner has agreed to voluntary departure and has waived appeal. (Dkt. 11, at 2). However,

Petitioner's response to the Court's Order for Supplemental Briefing, (Dkt. 10), did not identify

Petitioner's apparent forthcoming voluntary departure nor address whether such an agreement

affects the relief Petitioner seeks from this Court or the availability of that relief.[1]

**IT IS ORDERED** that, on or before **April 16, 2026**, Petitioner shall file further

supplemental briefing addressing (1) whether Petitioner has agreed to voluntary departure; (2) if so,

what relief, if any, Petitioner still seeks from this Court; and (3) what relief is permissible for the

Court to grant, in light of any agreement. Respondents may file a response, if any, by **April 18, 2026**.

**SIGNED** on April 14, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] Based on representations made by both parties in supplemental briefing, the Court notes that because Petitioner most recently entered the country without inspection in April 2023, Petitioner may be entitled to release from detention because of his due process interest in being free from confinement without an individualized determination of the need for detention. *See, e.g., Ochoa v. Vergara*, --- F. Supp. 3d ---, No. 1:26-CV-266-RP, 2026 WL 482211 (W.D. Tex. Feb. 20, 2026).