IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOSE ENRIQUE TZOC PIRIR, §
§
Petitioner, §
§
v. §                                      1:26-CV-423-RP
§
MIGUEL VERGARA, *in his official capacity as* §
*Field Director of Enforcement and Removal Operations,* §
*San Antonio Field Office, Immigration and Customs* §
*Enforcement*, et al., §
§
Respondents. §

## **ORDER**

Before the Court is Respondents' Motion to Vacate the Stay of Removal, (Dkt. 13). The motion indicates that Petitioner is opposed, but Petitioner has not filed a response, nor did Petitioner address any stay of removal in his supplemental response, (Dkt. 14).

The Parties agree that Petitioner has agreed to voluntary departure. (*See* Dkts. 11, 13, 14). Exercising its power to preserve its jurisdiction while the case is ongoing, the Court previously ordered that Respondents not "(1) remove or deport Petitioner from the United States, or (2) transfer Petitioner to any facility outside the boundaries of the Austin Division of the Western District of Texas, until the Court orders otherwise or this case is closed." (Dkt. 3, at 3). Respondents have now expressed a concern that "[w]hile the stay of removal remains in effect, ICE is unable to facilitate Petitioner's voluntary departure." (Mot., Dkt. 13, at 2). Respondents have also advised the Court that "ERO is ready to effectuate Petitioner's voluntary departure in the near future such that his departure is imminent. Since the filing of their response, Respondents have received additional information that the next available flight that Petitioner could be placed on is early next week and that ERO is in possession of Petitioner's passport and cedula." (Dkt. 16, at 1).

1

To ensure that Petitioner is able to voluntarily depart, **IT IS ORDERED** that the restrictions placed on removing or transferring Petitioner in the Court's Order to Show Cause, (Dkt. 3), are **LIFTED**.

**IT IS FURTHER ORDERED** that Petitioner and Respondents shall each file a status report on or before **May 7, 2026** advising the Court of Petitioner's status, specifically whether he has departed from the United States and whether either party has any additional concerns for the Court's disposition.

**SIGNED** on April 23, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE